DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
ELLYN MARCUS LINDSAY (SBN 116847)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2041
    Facsimile: (213) 894-6269
    E-Mail: Ellyn.Lindsay@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
OCT - 5 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2006 OCT -5 PM 2:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CR 07-134

UNITED STATES OF AMERICA, ) No. 06-06-1760M
                           )
            Plaintiff, ) [PROPOSED] ORDER
                           )
     v. ) UNDER SEAL
                           )
SONNY VLEISIDES, and )
JAMES RAY HOUSTON, )
 aka Rex Rogers, )
 aka Midas Mulligan, )
                           )
           Defendants. )

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint, arrest warrants and affidavit in support thereof in the above-titled case, together with the <u>ex parte</u> application, the memorandum of points and authorities, and the

//

DOCKETED ON CM
OCT 10 2006
BY ___

1

1  declaration of Ellyn Marcus Lindsay and this court's sealing
2  order be kept under seal until further order of the court.

DATED: 10/5/06

*[signature]*
UNITED STATES MAGISTRATE JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

_____
UNITED STATES MAGISTRATE JUDGE

2