1  GEORGE S. CARDONA
   Acting United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   ELLYN MARCUS LINDSAY (SBN: 116847)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-2041
7       Facsimile:  (213) 894-6269
        E-Mail: Ellyn.Lindsay@usdoj.gov
8
   Attorneys for Plaintiff
9  United States of America

10                 UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA    *CR 07-134*

12  UNITED STATES OF AMERICA,        )  ~~NO. 06-1760M~~
                                     )
13           Plaintiff,              )  GOVERNMENT'S EX PARTE
                                     )  APPLICATION TO UNSEAL
14           v.                      )  DOCUMENTS; DECLARATION OF
                                     )  ELLYN MARCUS LINDSAY
15  SONNY VLEISIDES, and             )
    JAMES RAY HOUSTON,               )
16    aka Rex Rogers,                )
      aka Midas Mulligan,            )
17                                   )
             Defendants.             )
18  _____)

19
        The government hereby applies ex parte for an order
20
    unsealing the complaint, arrest warrants and supporting affidavit
21
    in the above-titled case.
22
    //
23
24
    //
25
26
    //
27
28

1    This _ex parte_ application is based on the attached

2  declaration of Ellyn Marcus Lindsay.

3         DATED: December 13, 2006

4                              Respectfully submitted,

5                              GEORGE S. CARDONA
                               Acting United States Attorney
6
                               THOMAS P. O'BRIEN
7                              Assistant United States Attorney
                               Chief, Criminal Division
8

9

10                             ELLYN MARCUS LINDSAY
                               Assistant United States Attorney
11                             Major Frauds Section

12

13                             Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      2

1 | <u>DECLARATION OF ELLYN MARCUS LINDSAY</u>

2 | I, ELLYN MARCUS LINDSAY, declare as follows:

3 |     1.    I am an Assistant United States Attorney in the United

4 | States Attorney's Office for the Central District of California.

5 | I represent the government in the investigation leading to the

6 | proposed warrant in <u>United States v. Sonny Vleisides and James</u>

7 | <u>Ray Houston, aka Rex Rogers, aka Midas Mulligan</u>, No. 06-1760M.

8 |     2.    The affidavit, complaint, and arrest warrants in this

9 | case are under seal.  The government would like to unseal these

10 | documents in order to obtain international assistance in the

11 | case.

12 |     I declare under penalty of perjury that the foregoing is

13 | true and correct to the best of my knowledge and belief.

14 | DATED: _12/13/06_____

15 |

16 |                             ELLYN MARCUS LINDSAY

3