GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
ELLYN MARCUS LINDSAY (SBN 116847)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2041
    Facsimile: (213) 894-6269
    E-Mail: Ellyn.Lindsay@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
DEC 13 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ~~06-1760M~~ CR 07-134 |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| SONNY VLEISIDES, and<br>JAMES RAY HOUSTON,<br> aka Rex Rogers,<br> aka Midas Mulligan, | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint, arrest warrants and affidavit in support thereof in the above-titled case shall be unsealed.

DATED: December 13, 2006

_____
UNITED STATES MAGISTRATE JUDGE