## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

FILED

Case Number **07-00134**                     Defendant Number 2          2007 FEB 28 AM 11: 42

U.S.A. v. James Ray Houston                   Year of Birth  unkn

☑ Indictment        ☐ Information          Investigative agency (FBI, DEA, etc.) IRS and Postal

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

### OFFENSE/VENUE

a. Offense charged as a:        ☐ Petty Offense
   ☐ Misdemeanor    ☐ Minor Offense    ☑ Felony

b. Date of offense 2001-July 2006

c. County in which first offense occurred
   LA

d. The crimes charged are alleged to have been committed in:
   CHECK **ALL** THAT APPLY

   ☑ Los Angeles          ☐ Ventura
   ☐ Orange               ☐ Santa Barbara
   ☐ Riverside            ☐ San Luis Obispo
   ☐ San Bernardino       ☐ Other

Citation of offense 18 USC 1341, 1956(a)(1)(A)(i)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☑ No        ☐ Yes

   IF YES  Case Number

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any:  **MUST MATCH NOTICE OF RELATED CASE**  United States v. Henry Walther, No. CR 07-70-DDP

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: October 5, 2006
   Case Number 06-1760M
   Charging  18 USC 1341, 1343

The complaint:        ☑ is still pending
   ☐ was dismissed on:

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*                ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*                ☑ No

**\*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.**

### Superseding Indictment/Information

This is the ___NA___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
NA

Case Number NA

The superseded case:
☐ is still pending before Judge/Magistrate Judge
NA

☐ was previously dismissed on NA

Are there 8 or more defendants in the superseding case?
   ☐ Yes*                ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*                ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes                 ☑ No

**\*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.**

Is an interpreter required: ☐ Yes    ☑ No
IF YES, list language and/or dialect:
NA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

## OTHER

- ☑ Male
- ☑ U.S. Citizen
- ☐ Female
- ☐ Alien

Alias Name(s) NA _____

_____

This defendant is charged in: ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☐ narcotics offenses
- ☐ violent crimes/firearms
- ☐ Other: money laundering

- ☐ public corruption
- ☐ tax offenses
- ☑ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud

_____

_____

_____

## CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?   ☐ Yes   ☐ No

d. Is a Fugitive   ☑ Yes   ☐ No

e. Is on bail or release from another district:
   _____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.   ☑ Yes   ☐ No

Defendant is **in** custody:

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of Institution: _____

c. If Federal:  U.S. Marshal's Registration Number:
   _____

d. ☐ Solely on this charge.  Date and time of arrest:
   _____

e. On another conviction:   ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP.  ____ 20  ____ 21  ____ 400

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

_____

_____

Date February 27, 2007 _____

_Signature of Assistant U.S. Attorney_

Ellyn Marcus Lindsay
_Print Name_