UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

Case Number 07-00134    Defendant Number 3
U.S.A. v. Dennis Emmett    Year of Birth 1948
☑ Indictment  ☐ Information    Investigative agency (FBI, DEA, etc.) IRS and Postal

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

**OFFENSE/VENUE**
a. Offense charged as a:   ☐ Petty Offense
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
b. Date of offense 2001-July 2006
c. County in which first offense occurred
   LA
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles       ☐ Ventura
   ☐ Orange            ☐ Santa Barbara
   ☐ Riverside         ☐ San Luis Obispo
   ☐ San Bernardino    ☐ Other
Citation of offense 18 USC 1341, 1956(a)(1)(A)(i)

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES  Case Number

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**  United States v. Henry Walther, No. CR 07-70-DDP

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: N/A
   Case Number
   Charging

The complaint:   ☐ is still pending
   ☐ was dismissed on:

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*      ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*      ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

This is the   NA   superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
NA
Case Number NA

The superseded case:
☐ is still pending before Judge/Magistrate Judge
NA
☐ was previously dismissed on NA

Are there 8 or more defendants in the superseding case?
   ☐ Yes*      ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*      ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes      ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☑ No
IF YES, list language and/or dialect:
NA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

## OTHER

- ☑ Male ☐ Female
- ☑ U.S. Citizen ☐ Alien
- Alias Name(s) NA

This defendant is charged in: ☑ All counts
☐ Only counts: ____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☑ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☐ narcotics offenses
- ☐ violent crimes/firearms
- ☐ public corruption
- ☐ tax offenses
- ☑ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud
- ☐ Other: money laundering

## CUSTODY STATUS

Defendant is **not** in custody:
a. Date and time of arrest on complaint: ____
b. Posted bond at complaint level on: ____
   in the amount of $ ____
c. PSA supervision? ☐ Yes ☐ No
d. Is a Fugitive ☑ Yes ☐ No
e. Is on bail or release from another district: ____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested. ☑ Yes ☐ No

Defendant is **in** custody:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: ____
c. If Federal: U.S. Marshal's Registration Number: ____
d. ☐ Solely on this charge. Date and time of arrest: ____
e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal AND
   Name of Court: ____

Date transferred to federal custody: ____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 400

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: ____

Date February 27, 2007

*Signature of Assistant U.S. Attorney*

Ellyn Marcus Lindsay
*Print Name*