ORIGINAL

FILED
2007 FEB 28  AM 11: 41

07-00134

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SONNY VLEISIDES, et al.,<br><br>Defendants. | Case No. CR 07-_____<br><br>NOTICE TO COURT<br>OF RELATED CRIMINAL CASE<br><br>(PURSUANT TO<br>GENERAL ORDER 224) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Henry Walther</u>, Case <u>CR No. 07-70-DDP</u>, which:

__x__ was previously assigned to the Honorable <u>Dean D. Pregerson</u> _____;

____ has not been previously assigned.

The above-entitled cases may be related for the following reasons:

____ the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

____ the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

<u>Additional explanation (if any)</u>:

DATED: 2/27/07.

ELLYN MARCUS LINDSAY
Assistant United States Attorney

(NOTICE.FRM - 6/98)