# EXHIBIT B

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: CR 07-00134 |
|---|---|---|
| | Plaintiff(s) | |
| v. | | |
| SONNY VLEISIDES | Defendant(s) | **WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest <u>**SONNY VLEISIDES**</u>

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint  ☒ Indictment
☐ Information   ☐ Order of Court   ☐ Probation Violation Petition   ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Mail Fraud;**
**Promotional Money Laundering;**
**Abetting and Causing an Act To Be Done**

, hereby attest and certify on 5/7/07 that the foregoing document is a full, true and correct copy of the original on file in my office, and is in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____ Deputy

0073

in violation of Title <u>18</u> United States Code, Section(s) <u>1341: 1956(a)(1)(A)(I): 2</u>

| Sherri R. Carter | February 28, 2007   LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: CAROLYN TURCHIN |
| **ROSALIND TYUS-SIMON** | NAME OF JUDICIAL OFFICER |
| SIGNATURE OF DEPUTY CLERK | |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (03/04)                                                                                PAGE 1 OF 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: CR | |
|---|---|---|---|
| | Plaintiff(s) | | 07-00134 |
| v. | | | |
| SONNY VLEISIDES | Defendant(s) | WARRANT FOR ARREST | |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH: | | PLACE OF BIRTH: | | SOCIAL SECURITY NO. | | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO. | ISSUING STATE |

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

FDe That Sau NUBriminalER:

ADDITIONAL INFORMATION:

INVESTIGATIVE AGENCY NAME:

INVESTIGATIVE AGENCY ADDRESS:

NOTES:

WARRANT FOR ARREST

CR-12 (03/04)                                                      PAGE TWO