# EXHIBIT C

## RELEVANT STATUTES

<u>Title 18, United States Code, Section 1341.  Frauds and swindles</u>

Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises . . . for the purpose of executing such scheme or artifice or attempting so to do, [uses the mails], shall be fined . . . or imprisoned not more than 20 years, or both.

<u>Title 18, United States Code, Section 1956.  Laundering of monetary instruments</u>

(a)(1) Whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity - -

(A)(i) with the intent to promote the carrying on of specified unlawful activity . . .

\* \* \*

shall be sentenced to a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater, or imprisonment for not more than twenty years, or both. . . .

<u>Title 18, United States Code, Section 2.  Principals</u>

(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.

(b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

<u>Title 18, United States Code, Section 3282: Statute of Limitations</u>

(a) In general. – Except as otherwise expressly provided by law, no person shall be prosecuted, tried, or punished for any offense, not capital, unless the indictment is found or the information is instituted within five years next after such offense shall have been committed.