1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   ELLYN MARCUS LINDSAY, CA Bar No. 116847
4  Assistant United States Attorney
   Senior Litigation Counsel, Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2041
7       Facsimile: (213) 894-6269
        E-Mail:  Ellyn.Lindsay@usdoj.gov
8
   Attorneys for Plaintiff
9  United States of America

10                 UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,      ) Case No. CR 07-134-DDP
                                  )
13           Plaintiff,           ) GOVERNMENT'S UNOPPOSED
                                  ) APPLICATION FOR AN ORDER
14      v.                        ) DISMISSING DEFENDANT SCOTT
                                  ) HENRY WALTHER FROM THIS CASE;
15 SCOTT HENRY WALTHER,           ) DECLARATION OF ELLYN MARCUS
                                  ) LINDSAY
16           Defendant.           )
                                  ) Current Trial Date: March 4,
17                                )                      2008
                                  )
18 _____  )

19

20      Plaintiff United States of America, through its undersigned

21 attorneys, hereby moves this court for an order dismissing

22 defendant Scott Henry Walther from this case.  This motion is

23 //

24 //

25 //

26 //

27 //

28

1  based on the attached declaration of Ellyn Marcus Lindsay, and
2  the files and records in this case.
3  DATED:   February 29, 2008.
4                              Respectfully submitted,
5                              THOMAS P. O'BRIEN
                               United States Attorney
6
                               CHRISTINE C. EWELL
7                              Assistant United States Attorney
                               Chief, Criminal Division
8
9
10                             /s/_____
                               ELLYN MARCUS LINDSAY
11                             Assistant United States Attorney
                               Senior Litigation Counsel
12                             Major Frauds Section
13                                Attorneys for Plaintiff
                                  United States of America
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28