# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF(S)<br>v.<br>DEFENDANT(S). | CASE NUMBER:<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**


**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐   Other

**Reason:**

☐   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☐   Per Court order dated _____

☐   Manual Filing required (*reason*):

_____          _____
Date                                                                                Attorney Name

                                                                                         _____
                                                                                         Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                                **NOTICE OF MANUAL FILING**