THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DANIEL A. SAUNDERS (Cal. Bar #161051)
daniel.saunders@usdoj.gov
Assistant United States Attorney
Violent & Organized Crime Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2272
Facsimile: (213) 894-3713

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SONNY VLEISIDES, et al., <br><br> Defendants. | No. CR 07-134-DDP |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HENRY WALTHER, <br><br> Defendant. | No. CR 07-70-DDP <br><br> <u>GOVERNMENT'S NOTICE OF IN CAMERA FILING</u> |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Daniel A.

Saunders, hereby gives notice that it has lodged an <u>in camera</u> submission with the Court.

DATED: August 27, 2009

                        Respectfully submitted,

                        THOMAS P. O'BRIEN
                        United States Attorney

                        CHRISTINE C. EWELL
                        Assistant United States Attorney
                        Chief, Criminal Division

                        */s/ Daniel A. Saunders*

                        DANIEL A. SAUNDERS
                        Assistant United States Attorney
                        Violent & Organized Crime Section

                        Attorneys for Plaintiff
                        United States of America