GREGORY NICOLAYSEN
State Bar No. 98544
Encino Bank Building
16000 Ventura Boulevard, Suite 500
Encino, CA 91436
Telephone: (818) 998-2706
Facsimile:  (818) 998-8427
Email: gregnicolaysen@aol.com

Attorney for Defendant
Sonny Vleisides

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SONNY VLEISIDES<br><br>    Defendant. | No. CR 07-134-DDP<br><br>EX PARTE APPLICATION FOR ORDER DISCLOSING IN CAMERA FILINGS TO COUNSEL FOR DEFENDANT SONNY VLEISIDES; [PROPOSED] ORDER SUBMITTED CONCURRENTLY |

   Defendant, Sonny Vleisides, by and through his court-appointed attorney of record, Gregory Nicolaysen, respectfully requests an order from this Court disclosing to Mr. Nicolaysen the filings that have been made by the government under seal and in camera on August 27, August 31 and September 2, 2009 (see Pacer docket entries 126, 127, 129, 131).

   This request is based upon the attached Declaration of Counsel [Gregory Nicolaysen], all files and records in this case, and any additional

1 | information that may be requested by the Court.

2

3 | DATED: September 9, 2009           Respectfully submitted,

4

5                                            _____/S/_____
                                             GREGORY NICOLAYSEN
6                                            Attorney for Defendant,
                                             Sonny Vleisides

DECLARATION OF GREGORY NICOLAYSEN

I, GREGORY NICOLAYSEN, state and declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and in the Central District of California. All of the facts stated herein are true of my personal knowledge or upon belief and information, and if called upon to testify thereto, I could and would do so competently.

2. I have been appointed as counsel of record for defendant Sonny Vleisides in the above-captioned case.

3. The Pacer docket reflects that on August 27, August 31 and September 2, 2009, the government filed certain pleadings / documents under seal and in camera. [Pacer docket entries 126, 127, 129, 131].

4. Because these were filed by the government in camera, I have not been served with copies of the filings.

5. On August 31, 2009, I sent an email to AUSA Dan Saunders in which I addressed this matter and asked that the government produce a copy of the filings to me. Mr. Saunders responded by email on September 1, in which he stated, ""Because the filing is in camera, we are not disclosing its contents at this time."

6. I have no objection to the materials being filed under seal so that the general public does not have access to these materials through Pacer. However, I respectfully object to the materials being filed in camera, by which the government does not produce a copy to me and thus conducts a private communication with the Court.

7. Accordingly, I respectfully request that the Court issue the proposed order that is being lodged concurrently with this Ex Parte Application, which directs the government to produce a copy of each in camera filing to me.

1      8.    By this Ex Parte Application, I stipulate to honor any protective order conditions that may be issued together with the disclosure to me of the in camera filings. I have proposed language to this effect in the proposed order and will fully abide by any additional requirements imposed by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Encino, CA on September 9, 2009.

```
            _____/S/_____
            GREGORY NICOLAYSEN
            Attorney for Defendant
            Sonny Vleisides
```