UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SONNY VLEISIDES,<br><br>    Defendant. | No. CR 07-134-DDP<br><br>[PROPOSED]<br><br>ORDER DISCLOSING IN CAMERA FILINGS TO COUNSEL FOR DEFENDANT SONNY VLEISIDES |

The Court has considered defendant's pleading entitled, "EX PARTE APPLICATION FOR ORDER DISCLOSING IN CAMERA FILINGS TO COUNSEL FOR DEFENDANT SONNY VLEISIDES."

IT IS HEREBY ORDERED that the Application is GRANTED. The government is hereby directed to produce to counsel for defendant Sonny Vleisides a complete copy of each under seal / in camera filing that

is referenced in the following Pacer docket entries: 126, 127, 129 and 131, for the filing dates August 27, August 31, and September 2, 2009.

    IT IS FURTHER ORDERED that counsel for defendant Vleisides shall not disclose the materials produced pursuant to this Order to any third party with the exception of his client, defendant SonnyVleisides, and any outside professional who has been appointed under the Criminal Justice Act to assist counsel in the defense of this action.

DATED: September ____, 2009

_____
THE HON. DEAN D. PREGERSON
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

_____/S/_____
GREGORY NICOLAYSEN
Counsel for Defendant,
Sonny Vleisides