UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-00134 DDP |
| | ) | |
| Plaintiff, | ) | [Ex Parte Application filed on |
| | ) | September 9, 2009] |
| v. | ) | |
| | ) | ORDER DENYING EX PARTE |
| SONNY VLEISIDES, | ) | APPLICATION TO DEFENDANT'S IN- |
| | ) | CAMERA FILING |
| Defendant. | ) | |
| _____ | ) | |

The Court has reviewed the ex parte application and the government's opposition thereto.

The Court has reviewed the materials submitted to the Court in-camera for a determination of discoverability. The Court finds the materials submitted in-camera are not discoverable.

Specifically, they are not relevant or material to any defendant.

THEREFORE, the ex parte application is denied.

IT IS SO ORDERED.

Dated: September 15, 2009

_____
DEAN D. PREGERSON
United States District Judge