UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES -- CHANGE OF PLEA

Case No.  CR 07-00134 DDP                                   Date: September 24, 2009
================================================================================
PRESENT:  HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Daniel A. Saunders |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

================================================================================

U.S.A. vs (Dfts listed below)            Attorneys for Defendants

1)   SONNY VLEISIDES                 1)   Gregory Nicolaysen
     present on bond                       present appointed

PROCEEDINGS:  **CHANGE OF PLEA**

Court and counsel confer re the change of plea. Defendant moves to change plea to the Indictment. Defendant now enters a new and different plea of Guilty to Count One of the Indictment. The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea; waivers of constitutional rights are freely, voluntarily and intelligently made; plea is provident; plea is accepted and entered.

The Court refers the defendant to the Probation Office for the preparation of a presentence report and continues the matter to April 12, 2010 at 1:30 p.m., for sentencing.

The Court vacates the court and/or jury trial date.

**Counsel are notified that Federal Rule of Criminal Procedure 32(b)(6)(B) requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, the Court will permit counsel to file such objections no later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Requests for continuances shall be filed no later than twenty-one (21) days before Sentencing. Strict compliance with the above is mandatory because untimely filings impede the abilities of the Probation Office and of the Court to prepare for Sentencing. Failure to meet these deadlines is grounds for sanctions.**

**cc:  P. O. & P. S. A. L. A.**

CR-8 (09/06)                  CRIMINAL MINUTES - CHANGE OF PLEA                   00  :  19

                                                              Initials of Deputy Clerk: JAC