E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-134 DDP | Date | September 23, 2009 |
|---|---|---|---|

| **Presiding: The Honorable** | **GEORGE H. KING, UNITED STATES DISTRICT JUDGE** |
|---|---|

| Interpreter: | N/A |
|---|---|

| Beatrice Herrera | Mary Riordan Rickey | Daniel Saunders/George Cardona |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Sonny Vleisides | ✗ | | ✗ | Gregory Nicolaysen | ✗ | | ✗ |

**PROCEEDINGS:**    **SETTLEMENT CONFERENCE**

    Matter called. Defendant and counsel of record are present. The Court makes inquire of defendant. With the concurrence of defendant and counsel, the Court conducts settlement conference in chambers.

    The Court having conducted the above settlement conference with the defendant and counsel. The parties have reached a disposition. The terms are fully set forth in a plea agreement. Court makes findings on the record. Defendant and counsel shall appear before Judge Pregerson, on September 24, 2009 at 10:30 a.m., for change of plea proceedings.

    **IT IS SO ORDERED.**

|  | 2 | : | 05 |
|---|---|---|---|
| Initials of Deputy Clerk | | | Bea |